# Exhibit D

Case 4:20-cv-03966   Document 1-5   Filed on 11/20/20 in TXSD   Page 1 of 3



| Home | About Us | Product | R&D ability | News | Technical | Contact Us |


关于海明润

- About us
- Company history
- Partner
- Enterprise style



Home / About U

## ABOUT US
公司简介

Shenzhen Haimingrun Superhard Materials Co., Ltd. is a national-level high-tech enterprise founded in August 2000 and its main products include PDCs, polycrystalline diamonds (PCDs), and PCD sandblasting nozzles for oil and gas drilling. Covering a ground area of 15,000 square meters, the company currently has an annual capacity of more than 2 million pieces of super-hard materials such as PDCs of various specifications, PCDs, and PCD sandblasting nozzles for oil and gas drilling. In 2008, the company launched a wholly-owned subsidiary, Harbin Haimingrun Superhard Materials Co., Ltd. With a ground area of 40,000 square meters, the subsidiary has a production line with an annual capacity of 2 million PDCs.

The company has established a performance management system, process management system, financial budget management, ERP, and MES. With these advanced management systems to regulate company management, product and service quality are guaranteed. In 2010, it was recognized as a "national-level high-tech enterprise". In 2013, it established a "global strategic partnership" with a U.S. company, one of the world's top four oil technical service companies.

Haimingrun, with its proprietary of core technology, has built a technology system with its own characteristics. The company has a strong R&D team, whose R&D hardware and testing analysis methods are among the best in the world.

While exported to such countries and regions as the U.S., Canada, Russia, and Europe, Haimingrun's PDC products have also long been applied in various Chinese major oil fields and drill bit manufacturers due to their high quality, reliability, and excellent cost-performance ratio, which have helped to establish its good brand image.

Always taking product quality as its lifeline, Haimingrun upholds its corporate value of "diligent, practical, anddetail-oriented". The company has passed ISO9001: 2008 Quality Management System, ISO14000: 2004 Environmental Management System and OHSAS18001: 2007 Occupational Health and Safety Management System Certification.

The company attaches great importance to the recruitment of technical talents and always uses the best international standard as its R&D benchmark. It has developed a series of proprietary patented technology, laying a solid foundation for its sustainable development. It has now been granted 7 invention patents, 11 utility model patents, and 1 design patent,)while the number of its patent applications has been increasing rapidly. It is equipped with advanced R&D hardware such as the SEM, EDX, XRD, quantitative metallographic microscope, ultrasonic nondestructive testing instrument (C-scan), impact tester, and VTL.







订阅更多资讯

| | Home | About Us | Product | R&D ability | News | Technical | Contact Us |
|---|---|---|---|---|---|---|---|
| | | About us | PDC | Patent certificate | Company | Technical | Contact Us |
| | | Company history | PCD | | Industry | | |
| | | Enterprise style | PCD tools | | E&A exchanges | | |

Copyright© 2016 Shenzhen Haimingrun Industrial Co.,Ltd.　　All rights reserved Technical support:Yongtu.net　粤ICP备05066893号　Manage

分享到：