IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| US SYNTHETIC CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SHENZHEN HAIMINGRUN SUPERHARD MATERIALS CO., LTD.,<br><br>    Defendant. | CIVIL ACTION NO. 4:20-cv-03966 |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY CASE PENDING OUTCOME OF A PARALLEL U.S. INTERNATIONAL TRADE COMMISSION INVESTIGATION**

On this date came for consideration Defendant Shenzhen Haimingrun Superhard Materials Co., Ltd.'s Unopposed Motion to Stay Case Pending Outcome of a Parallel U.S. International Trade Commission Investigation. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Shenzhen Haimingrun Superhard Materials Co., Ltd.'s Unopposed Motion to Stay Case be and is hereby GRANTED. Accordingly, all proceedings in this case are stayed until the determination of the International Trade Commission in Investigation No. 337-TA-1236 becomes final (including any appeals). Plaintiff shall notify the Court of the status of the investigation within 15 days of when Investigation No. 337-TA-1236 becomes final.

SO ORDERED.

On this _____ day of _____, 2021.

                                                                                                        _____
                                                                                                        HONORABLE KEITH P. ELLISON
                                                                                                        UNITED STATES DISTRICT JUDGE