United States District Court
Southern District of Texas
**ENTERED**
January 21, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

US SYNTHETIC CORPORATION,

     Plaintiff,

v.

SHENZHEN HAIMINGRUN SUPERHARD
MATERIALS CO., LTD.,

     Defendant.

CIVIL ACTION NO. 4:20-cv-03966

## ORDER GRANTING UNOPPOSED MOTION TO STAY CASE PENDING OUTCOME OF A PARALLEL U.S. INTERNATIONAL TRADE <u>COMMISSION INVESTIGATION</u>

On this date came for consideration Defendant Shenzhen Haimingrun Superhard Materials Co., Ltd.'s Unopposed Motion to Stay Case Pending Outcome of a Parallel U.S. International Trade Commission Investigation. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Shenzhen Haimingrun Superhard Materials Co., Ltd.'s Unopposed Motion to Stay Case be and is hereby GRANTED. Accordingly, all proceedings in this case are stayed until the determination of the International Trade Commission in Investigation No. 337-TA-1236 becomes final (including any appeals). Plaintiff shall notify the Court of the status of the investigation within 15 days of when Investigation No. 337-TA-1236 becomes final.

SO ORDERED.

On this   20th   day of     January    , 2021.

_____
HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE